UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Cory Lee Phillips )
)
v. ) NO. _____
Joseph Robinette Biden ) (To be assigned by the Clerk's Office.
) Do not write in this blank.)

**APPLICATION TO PROCEED IN FORMA PAUPERIS
WITH SUPPORTING DOCUMENTATION**

I, Cory Phillips, declare that I am the:

[✓] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows: My basic civil liberties have been violated by being Stalked, Harrassed, Assaulted by Mr. President Joseph Robinette Biden Jr. to the degree that I am unable to pay basic living expenses, by being a young adult kept from knowing cousin relation that I could not have ever planned for such event, of a stalking and harrassing campaign.

In further support of this application, I answer the following questions:

Page 1 of 10

Case 2:22-cv-00061-TAV-CRW   Document 1   Filed 05/31/22   Page 1 of 10   PageID #: 1

| PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA | |
|---|---|
| NAME (First Middle Last): Cory Lee Phillips | YEAR OF BIRTH: 07/11/1995 |
| SOCIAL SECURITY NUMBER (last 4 digits only): 2461 | PHONE NOS. |

HOME ADDRESS: Hartford Rd Cosby TN 37727

OWN OR RENT? Rent

HOW LONG AT CURRENT ADDRESS? 4 years

MARITAL STATUS: Single

NAME AND ADDRESS OF CURRENT EMPLOYER: Mellow Mushroom 403 Parkway Ste 103 Gatlinburg TN 37738

TELEPHONE NUMBER OF EMPLOYER: 865 277 0600

HOW LONG AT CURRENT EMPLOYMENT? 3 years

OCCUPATION (Describe what you do): Server, Host, Busser

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS: 3,000        NET: 2,500

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT:

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment? [ ] Yes [√] No

If YES, state the source and amount:

Rent payments, interest, or dividends? [ ] Yes [√] No

If YES, state the source and amount:

Pensions, annuities, or life insurance payments? [ ] Yes [√] No

If YES, state the source and amount:

Gifts or inheritance? [ ] Yes [√] No

If YES, state the source and amount:

Any other source? [ ] Yes [√] No

If YES, state the source and amount:

# ASSETS:
## LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

| | |
|---|---|
| CASH | $ 0.00 |
| CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)<br>(Do NOT include account numbers) | $ 180.00 |

~~Eglin~~ Eglin Federal Credit Union

| | |
|---|---|
| SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)<br>(Do NOT include account numbers) | $ 5.00 |

Eglin Federal Credit Union

| | |
|---|---|
| STOCKS AND BONDS | $ |
| REAL ESTATE–CURRENT FAIR MARKET VALUE<br>(List Locations Below) | |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **TOTAL REAL ESTATE** | $ |

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

_____ $_____

_____ $_____

_____ $_____

TOTAL PERSONAL PROPERTY $_____

MOTOR VEHICLES

Year/Make     License No.     Current Value

1999 Ford F150    645bbtt   $ 800

1998 XJ8 Jaguar           $ 2,000

_____ $_____

TOTAL VALUE OF MOTOR VEHICLES $ 2,800

DEBTS OWED TO YOU (Give Name of Debtor)

_____ $_____

_____ $_____

_____ $_____

TOTAL DEBTS OWED TO YOU $_____

OTHER ASSETS (ITEMIZE)

_____ $_____

_____ $_____

_____ $_____

TOTAL OTHER ASSETS $_____

TOTAL OFF ALL ASSETS: $_____

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

Eglin Federal Credit Unions $ 500

_____ $ _____

_____ $ _____

**TOTAL LOANS PAYABLE TO BANKS** $ 500

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ |
| MORTGAGES PAYABLE ON REAL ESTATE | $ |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ |
| MEDICAL BILLS | $ 1,503 |
| TAXES AND ASSESSMENTS PAYABLE | $ 1,364.93 |
| OTHER LIABILITIES (Itemize) | |

_____ $ _____

_____ $ _____

_____ $ _____

**TOTAL LIABILITIES** $ 3,367.93

## LIVING EXPENSES

|  | Monthly Payment | Balance Owing |
|---|---|---|
| [✓] RENT or [ ] MORTGAGE PAYMENT (check one) | $ 400 | $ 1,800 |
| ELECTRICITY | $ 150 | $ 231.69 |
| WATER | $ | $ |
| GAS | $ | $ |
| TELEPHONE | $ | $ |
| FOOD | $ 200 | $ |
| ALIMONY | $ | $ |
| CHILD SUPPORT | $ | $ |
| CHILD CARE | $ | $ |
| SCHOOL EXPENSES | $ | $ |
| AUTOMOBILE NOTE | $ | $ |
| AUTOMOBILE INSURANCE | $ 115 | $ |
| AUTOMOBILE REPAIRS | $ | $ |
| GASOLINE | $ 86 | $ |
| FURNITURE NOTE | $ | $ |
| CLOTHING | $ | $ |
| CABLE TELEVISION | $ | $ |
| LIFE INSURANCE | $ | $ |
| HOSPITALIZATION INSURANCE | $ | $ |
| DOCTORS | $ 25 | $ |
| DRUGS | $ | $ |
| CREDIT CARDS | $ | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ | $ |
| TAXES | $ 454.98 | $ 1,364.93 |
| ANY OTHER EXPENSES (LIST) | | |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| **TOTAL EXPENSES** | | $ 3,396.62 |

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First    Middle    Last)             YEAR OF BIRTH

SOCIAL SECURITY NUMBER (last 4 digits only)        PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?        HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

    Salary or Wages        $_____

    Commissions           $_____

    All other sources (Pensions; Soc.Sec.;
    Rent; Interest; Dividends; Alimony, etc.)  $_____

            **TOTAL:**        $_____

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:          Age:          Relationship:          Living With Whom?

_____

_____

_____

_____

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)          $_____

**TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS**          $ 7,500

# AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

05/31/2022
DATE

*Cory Phillips* (signature)
SIGNATURE

Created: January 31, 2007
IPF Application.wpd

Page 10 of 10

Case 2:22-cv-00061-TAV-CRW   Document 1   Filed 05/31/22   Page 10 of 10   PageID #: 10