# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT _____

Cory Lee Phillips
_____

**Name of plaintiff (s)**

v.

Joseph Robinette Biden

**Name of defendant (s)**

Case No. _____
(to be assigned by Clerk)

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

My Cousin Joseph Biden is Conflicting me in a Stalking and harrassment systemic Campaign on the same extremely Low Frequency as my other cousin Vladimir Putin.

2. Plaintiff, Cory Lee Phillips resides at 2461 Hartford Rd, Cosby
street address / city

Cocke, TN, 37722, 423 379 0183
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, Joseph Robinette Biden lives at, or its business is located at 1600 Pennsylvania Ave NW, Washington, DC, 20500.

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

I had hired a private lawyer after a continued stalking and harrassment by Donald Barden named Bryce Krampert. Donald Barden is cousins to both me and Joseph Biden. On December 27 2021 Joseph Biden had involved himself into the established conflict by flying a military drone over my home. He had foreshadowed the event to me when I was a child later of which I suffered a brain injury. Doing this to be traumatizing and threatening in his harrassing statement. There's one in there, missle. Good Fear Aids.

2

1. My parents are related to Mr Joe Biden my cousin

2. Mr Joe Biden married his cousin Jill Biden to be Betraying and malice

3. Mr Joe Biden is conflicting me in a stalking and Harrassment campaign assaulting me with Electromagnetic spectrum Domination weapons as well as (may 30) Sonic weapons to produce inflicting ringing while commenting "you like" that over spectrum domination Extremely low frequency.

4. I have Attempted to sue my other cousin Donald Darden for the same systemic stalking and harrassment in 2020. Hiring a lawyer Bryce Krampert and writing to the department of statistics for evidence of his decease which they never replied.

5. Mr. Biden is harrassing me on the same frequency that Vladimir Putin my cousin, is harrassing me in what I believe violates the Espionage Act of 1917 because of training Ukraine troops including U.S. conflict.

E.L.F. (Extremely low frequency) U.S. Technology

6. Mr Joe Biden Provoces and Antagonizes me over Electromagnetic spectrum that he has nuclear Bombs placed in the hands of other cousins, another inside the white house in his possesion, 73 inside United States, one for every foreign U.S. Embassy. And the detonation codes with cousin Tom Russ of Niceville Florida. (you'd do that) (rat is fi)

7. Flying a drone over my home in an event he had fore shadowed Abusing me as a child. while my father was visiting Dec 27 on the phone reciting his words, there's one In there (missle) and the responce of "Good fear" later reminding me through more harrassment His original statement was "Good fear, Aids" telling me he has Aids and to be scared of getting it.

8. Foreshadowing the helicopter crash when I was a child the same Dec 27 night where Juliane Wagner faked her death and Annabel Brock was Critically Injured.

9. Harrassing me about Kate Foyle my cusin and Tom Phillips my cousin both murdered and buried on the white house front lawn to symbolize tryanny and white supremecy.

10. Thomas A. Phillips kidnapped and held Ransom by Joe Biden.

11. Molly Brock given Worm sandwich and Aids drink By Biden, her body underneath 2460 Hartford Rd Cosby Cousin Web.

12. Jack Foyle, Kate Phillips on Knoxville federal court house lawn from what I am harrassed to believe was owned by Biden.

3. Kids locked in Government Building on the Shore of the Choctawahatchee Bay in Ebro to FL symbolize white supremecy.

14. Kids killed in a government covered up sand a property where no map shows Dakota Avenue. of liberty st in Downtown Jacksonville

15 Foreshadowed 2 women explode in Charolotte North Carolina (By the hands of Alpina brakes, trust fall) (Sidonie Fogle)

16. Two Boys Foreshadowed Shot in the head By a (Rick Phillips) (Father Biden) (I know) Niceville FL

17. The brick killer

18. The brick killer killer (Niceville FL)

19. The head snap (pineforest) (Niceville FL)

20. landmine grenade (Blackwater nature reserve)

21. Texas school shooting 21 Years ago all his consparicy though through

22. Kabul Bombings by cousins disarmings 911 well starving Z. they'll be shooting at (31 ( ▓ 1) dirty. (Rhino Extinct)(white supremecy)

23. Rocket Launcher threats.

24. Truck electronics, swerve me off the road.

25. Worms dispensery may 27th into the sewage of the hospital. worms in coffee.

26. Power utilites at hospital and home.

27. Traffic lights (systemic Abuse)

28. Wild fires to make tyranny and Government (white suprency) symbol

29. Invectermin Shortage. (worm medicine)

30. Covid. "no Jil" "Joke" "nod and" (wave Ant killer Air)

31. Home Invasions: Sewer on dog, paint thinner, nail polish

32 Gave Gabreil Marie Bogey Aids Sandwich.

33. The gas and the food related to me. Harrass me to make me feel Bad about consuming it. Meth to cows for milk to children

34. Inflation of taxation "because I feel like death."

35. Harassing me about when I was a child Biden told me I wont go burn down Apnt Fogley house and I did killing her, and the cops didnt care. "Their black you know the poos, pew. Plaque." "You wont. You got harth heart." (Biden)

36. No one hire me ~~[scribble]~~ except mellow mushroom fired from, sky lift chair lift fired from, wild demensions

37. "Spread Ant killer in my hair" Biden Ant killer in the air at my home may 31.

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Cease and desist all contact.

   b. be held accountable for breaking the law.

   c. Recompense for injury and mental durress.

   d.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 31 day of May, 2022.

*Cory Phillips*

Signature of plaintiff (s)

3