UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CORY LEE PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:22-CV-61-TAV-CRW |
| | ) | |
| JOSEPH ROBINETTE BIDEN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge Cynthia R. Wyrick on June 9, 2022 [Doc. 4]. In the R&R, Judge Wyrick granted plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 1]. Additionally, after screening the complaint, Judge Wyrick recommended that the Court dismiss the complaint because plaintiff's claims are meritless. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge Wyrick's recommendation. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 4]. Therefore, this action is hereby **DISMISSED**, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE